UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION,<br><br>       Petitioner,<br><br>vs.<br><br>THE UNITED MEXICAN STATES,<br><br>       Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION TO VACATE THE ARBITRAL AWARD ISSUED ON JANUARY 26, 2006 BY ARBITRAL TRIBUNAL CONSTITUTED UNDER CHAPTER ELEVEN OF THE NORTH AMERICAN FREE TRADE AGREEMENT.

TAKE NOTICE that on April 24, 2006 at the United States District Court for the District of Columbia, Petitioner International Thunderbird Gaming Corporation filed a motion to vacate the Arbitral Award issued on January 26, 2006 by the Arbitral Tribunal constituted under Chapter Eleven of the North American Free Trade Agreement (NAFTA) in the above-referenced arbitration.

Respectfully submitted,

Date: April 24, 2006

_____
Christopher W. Mahoney (D.C. Bar No. 394416)
Duane Morris LLP
1667 K Street, N.W.
Suite 700
Washington, D.C. 20006
Telephone: 202-776-7867
Facsimile: 202-776-7801

1

Date: April 24, 2006

_____
James D. Crosby (Ca. State Bar No. 110383)
Attorney at Law
13400 Sabre Springs Parkway, Suite 200
San Diego, California 92128
Telephone: (858) 486-0085
Facsimile: (858) 486-2838

Attorneys for Petitioner International Thunderbird Gaming Corporation.