UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

In the Matter of the Arbitration under the )
North American Free Trade Agreement )
(NAFTA) between )
)
INTERNATIONAL THUNDERBIRD )
GAMING CORPORATION, )
) Case No.:
      Petitioner, )
)
vs. )
)
THE UNITED MEXICAN STATES, )
)
      Respondent )
)
)
_____ )

## DECLARATION OF JAMES D. CROSBY IN SUPPORT OF MOTION TO VACATE THE ARBITRAL AWARD ISSUED ON JANUARY 26, 2006 BY ARBITRAL TRIBUNAL CONSTITUTED UNDER CHAPTER ELEVEN OF THE NORTH AMERICAN FREE TRADE AGREEMENT.

I, James D. Crosby, do hereby declare and state:

1. I am an attorney licensed to practice before all state and federal courts of the state of California. I am also admitted to practice before the Supreme Court of the United States of America. I am counsel for Petitioner International Thunderbird Gaming Corporation.

2. I have personal knowledge of the facts stated in this declaration. If called upon, I could and would testify to the truth of these matters.

3. Attached as Exhibit "A" to the "Lodgment of Exhibit in Support of Motion to Vacate the Arbitral Award Issued on January 26, 2006 by Arbitral Tribunal Constituted Under Chapter Eleven of the North American Free Trade Agreement" (hereinafter "Lodgment") filed herewith is

a true and correct copy of the Arbitral Award, issued January 26, 2006.

4. Attached as Exhibit "B" to Lodgment filed herewith is a true and correct copy of the Separate Opinion, issued January 26, 2006, by Panel Member Walde.

5. Attached as Exhibit "C" to Lodgment filed herewith is a true and correct copy of the August 3, 2000 "*Solicitud*" and English translation, which was Exhibit C17 to the Arbitration.

6. Attached as Exhibit "D" to Lodgment filed herewith is a true and correct copy of the August 15, 2000 "*Oficio*" and English translation which was Exhibit C18 to the Arbitration.

7. Attached as Exhibit "E" to Lodgment filed herewith is a true and correct copy of the Particularized Statement of Claim (PSoC) filed by Thunderbird in the Arbitration.

8. Attached as Exhibit "F" to Lodgment filed herewith is a true and correct copy of the Statement of Reply (SoR) filed by Thunderbird in the Arbitration.

9. Attached as Exhibit "G" to Lodgment filed herewith is a true and correct copy of the Post-Hearing Brief filed by Thunderbird in the Arbitration

10. Attached as Exhibit "H" to Lodgment filed herewith is a true and correct copy of the Declaration of Peter Watson admitted into evidence in the Arbitration.

11. Attached as Exhibit "I" to Lodgment filed herewith is a true and correct copy of the Declaration of Jack R. Mitchell admitted into evidence in the Arbitration.

13. Attached as Exhibit "J" to Lodgment filed herewith is a true and correct copy of the Declaration of Albert Atallah admitted into evidence in the Arbitration.

14. Attached as Exhibit "K" to Lodgment filed herewith is a true and correct copy of the Declaration Frank Bennett admitted into evidence in the Arbitration.

15. Attached as Exhibit "L" to Lodgment filed herewith is a true and correct copy of the Declaration of Albert Atallah admitted into evidence in the Arbitration.

16. Attached as Exhibit "M" to Lodgment filed herewith is a true and correct copy of the Investor's Submission to the Tribunal on Preliminary Procedural Issues filed by Thunderbird in the Arbitration.

17.  Attached as Exhibit "N" to Lodgment filed herewith is a true and correct copy of the Witness Statement of Professor Nelson Rose admitted into evidence in the Arbitration.

18.  Attached as Exhibit "O" to Lodgment filed herewith is a true and correct copy of the Motion to Strike Witness Statement of Nelson Rose filed by Thunderbird in the Arbitration.

19.  Attached as Exhibit "P" to Lodgment filed herewith is a true and correct copy of Procedural Order No. 6 issued by the Tribunal in the Arbitration.

20.  Attached as Exhibit "Q" to Lodgment filed herewith is a true and correct copy of Declaration of Luis Ruiz De Velasco admitted into evidence in the Arbitration.

21.  Attached as Exhibit "R" to Lodgment filed herewith are true and correct copies of portions of the transcript from the witness and oral argument hearing held on April 26 through 29, 2004 in Washington, D.C. in the Arbitration.

I declare under the penalty of perjury that the facts stated in this declaration are true and correct. Executed this 21st day of April, 2006 at San Diego, California, U.S.A.

_____
James D. Crosby