UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

In the Matter of the Arbitration under the  )
North American Free Trade Agreement  )
(NAFTA) between  )
  )
INTERNATIONAL THUNDERBIRD  )
GAMING CORPORATION,  )
  )
  ) Case No.:
                Petitioner,  )
  )
vs.  )
  )
THE UNITED MEXICAN STATES,  )
  )
                Respondent  )
  )
  )
_____ )

## LODGMENT OF EXHIBITS IN SUPPORT OF MOTION TO VACATE THE ARBITRAL AWARD ISSUED ON JANUARY 26, 2006 BY ARBITRAL TRIBUNAL CONSTITUTED UNDER CHAPTER ELEVEN OF THE NORTH AMERICAN FREE TRADE AGREEMENT.

Petitioner International Thunderbird lodges the following exhibits in support of its motion to vacate the Arbitral Award issued on January 26, 2006 by the Arbitral Tribunal constituted under Chapter Eleven of the North American Free Trade Agreement.

    A.    Arbitral Award, issued January 26, 2006.

    B.    Walde Separate Opinion, issued January 26, 2006.

    C.    August 3, 2000 *"Solicitud"* and English translation [Arbitration Ex. C17]

    D.    August 15, 2000 *"Oficio"* and English translation [Arbitration Ex. C18]

    E.    Particularized Statement of Claim (PSoC) - Thunderbird

    F.    Statement of Reply (SoR) - Thunderbird

G.  Post-Hearing Brief - Thunderbird

H.  Declaration of Peter Watson [Evidence at Arbitration]

I.  Declaration of Jack R. Mitchell [Evidence at Arbitration]

J.  Declaration of Albert Atallah [Evidence at Arbitration]

K.  Declaration Frank Bennett [Evidence at Arbitration]

L.  Declaration of Albert Atallah [Evidence at Arbitration]

M.  Investor's Submission to the Tribunal on Preliminary Procedural Issues.

N.  Rose Witness Statement [Evidence at Arbitration]

O.  Motion to Strike Witness Statement of Nelson Rose.

P.  Procedural Order No. 6

Q.  Declaration of Luis Ruiz De Velasco [Evidence at Arbitration]

R.  Excerpts from Arbitration Hearing Transcript

Respectfully submitted,

Date: April 24, 2006

_____
Christopher W. Mahoney (D.C. Bar No. 394416)
Duane Morris LLP
1667 K Street, N.W.
Suite 700
Washington, D.C. 20006
Telephone: 202-776-7867
Facsimile: 202-776-7801

Date: April 24, 2006

_____
James D. Crosby (Ca. State Bar No. 110383)
Attorney at Law
13400 Sabre Springs Parkway, Suite 200
San Diego, California 92128
Telephone: (858) 486-0085
Facsimile: (858) 486-2838

Attorneys for Petitioner International Thunderbird Gaming Corporation.