UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between )
)
)
)
)
)
INTERNATIONAL THUNDERBIRD )
GAMING CORPORATION )
)
               Petitioner, )  Case No. _____
)
)
vs. )
)
THE UNITED MEXICAN STATES, )
)
               Respondent. )
))
)
)

## NOTICE REGARDING EXHIBIT ATTACHMENT

Exhibits A-R, which are attachments to the Motion To Vacate Arbitral Award Issued On January 26, 2006 By Arbitral Tribunal Constituted Under Chapter Eleven Of The North American Free Trade Agreement, is in paper form only and is being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

Respectfully submitted,

Date: April 24, 2006

Christopher W. Mahoney (D.C. Bar No. 394416)
Duane Morris LLP
1667 K Street, NW  Suite 700
Washington, DC 20006
Telephone:  (202) 776-7867
Facsimile:   (202) 776-7801

James D. Crosby
13400 Sabre Springs Parkway, Suite 200
San Diego, California 92128
Telephone: (858) 486-0085
Facsimile:  (858) 486-2838

Attorneys for Plaintiff
International Thunderbird Gaming Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Notice Regarding Exhibit Attachment was served on the 24th day of April via first-class mail, postage prepaid on Stephen E. Becker, Pillsbury Winthrop Shaw Pittman LLP, 2300 N Street, NW, Washington, DC 20037-1122.

_____

Christopher W. Mahoney

DM1\628880.1