UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between

INTERNATIONAL THUNDERBIRD GAMING CORPORATION

          Petitioner,

vs.

THE UNITED MEXICAN STATES,

          Respondent.

Case No. _____

## CERTIFICATE OF SERVICE

I, Christopher Mahoney, of the law firm of Duane Morris LLP, counsel for Petitioner, hereby certify that the Certificate under LCvR7.1, Notice of Motion to Vacate the Arbitral Award Issued on January 26, 2006 By Arbitral Tribunal Constituted Under Chapter Eleven Of The North American Free Trade Agreement, Motion to Vacate Arbitral Award Issued on January 26, 2006 By Arbitral Tribunal Constituted Under Chapter Eleven Of The North American Free Trade Agreement, supporting Memorandum of Points and Authorities, Declaration of James D. Crosby in Support of Motion to Vacate Arbitral Award Issued on January 26, 2006 By Arbitral Tribunal Constituted Under Chapter Eleven Of The North American Free Trade Agreement, Notice Regarding Exhibit Attachment, Lodgment of Exhibits, and proposed Order filed on April 24, 2006 were served upon defendant's counsel, Stephen E. Becker, Pillsbury Winthrop Shaw Pittman LLP, 2300 N Street, NW, Washington, DC 20037-1122 via hand delivery on April 24, 2006.

*[signature]*

Christopher W. Mahoney (D.C. Bar No. 394416)
Duane Morris LLP
1667 K Street, NW  Suite 700
Washington, DC 20006
Telephone:  (202) 776-7867
Facsimile:   (202) 776-7801

Attorney for Petitioner
International Thunderbird Gaming Corporation

DM1\628897.1

2