UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between

INTERNATIONAL THUNDERBIRD GAMING CORPORATION

           Petitioner,

vs.

THE UNITED MEXICAN STATES,

           Respondent.

Case No. _____

## ORDER

The Court having considered Petitioner International Thunderbird Gaming Corporation's Motion To Vacate The Arbitral Award Issued on January 26, 2006 by Arbitral Tribunal Constituted Under Chapter Eleven of The North American Free Trade Agreement, as well as Petitioner's supporting Memorandum of Points and Authorities and Respondent The United Mexican States' Opposition thereto, and based upon the entire record herein, it is hereby

ORDERED that Petitioner's Motion be and is hereby GRANTED, and it is further

ORDERED that the subject Arbitral Award be and is hereby VACATED, and it is further

ORDERED that the matter be and is hereby remanded for further arbitration proceedings before a newly-constituted arbitration panel, and it is further

ORDERED that the fee award issued as part of the subject Arbitral Award be and is hereby VACATED.

_____
United States District Judge

COPIES TO:

Christopher W. Mahoney
Duane Morris LLP
1667 K Street, NW  Suite 700
Washington, DC 20006

James D. Crosby
13400 Sabre Springs Parkway, Suite 200
San Diego, California 92128

Stephen E. Becker
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037-1122.