UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between <br><br> INTERNATIONAL THUNDERBIRD GAMING CORPORATION, <br><br>       Petitioner, <br><br> vs. <br><br> THE UNITED MEXICAN STATES, <br><br>       Respondent. | ) ) ) ) ) ) ) ) ) Case No.: ) ) ) ) ) ) ) ) ) ) |

## **CERTIFICATE UNDER LCvR7.1**

  I, the undersigned, counsel of record for International Thunderbird Gaming Corporation, certify that, to the best of my knowledge and belief, International Thunderbird Gaming Corporation has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public. International Thunderbird Gaming Corporation is a Canadian company whose common shares are traded publicly on the Canadian Network Quotation as BIRD.U and on the Frankfurt stock exchange as OSJ.

  These representations are made in order that judges of this court may determine the need for recusal.

Date: April 24, 2006

_____
Christopher W. Mahoney (D.C. Bar No. 394416)
Duane Morris LLP
1667 K Street, N.W.
Suite 700
Washington, D.C. 20006
Telephone: 202-776-7867
Facsimile: 202-776-7801

Date: April 24, 2006

_____
James D. Crosby (Ca. State Bar No. 110383)
Attorney at Law
13400 Sabre Springs Parkway, Suite 200
San Diego, California 92128
Telephone: (858) 486-0085
Facsimile: (858) 486-2838

Attorneys for Petitioner International
Thunderbird Gaming Corporation.