UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION<br>12155 Dearborn Place<br>Poway, CA 92064<br><br>                    Petitioner,<br><br>vs.<br><br>THE UNITED MEXICAN STATES,<br><br>                    Respondent. | Civil Action No. 06-0748 HHK |

## NOTICE OF FILING

Please take notice that, pursuant to LCvR 5.1(e), petitioner International Thunderbird Gaming Corporation, by counsel, hereby provides its full address as set forth in the above caption and on the attached revised cover page to its earlier filed Motion To Vacate.

Respectfully submitted,

/s/ Christopher W. Mahoney
Christopher W. Mahoney (D.C. Bar No. 394416)
Duane Morris LLP
1667 K Street, NW  Suite 700
Washington, DC 20006
Telephone:  (202) 776-7867
Facsimile:   (202) 776-7801

/s/ James D. Crosby
James D. Crosby (Ca. Bar No. 110383)
Attorney at Law
13400 Sabre Springs Parkway, Suite 200
San Diego, California 92128
Telephone: (858) 486-0085
Facsimile:  (858) 486-2838

Attorneys for Petitioner
International Thunderbird Gaming Corporation

-2-

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of Plaintiff's Notice of Filing was served on the 3rd day of May via first-class mail, postage prepaid on Stephen E. Becker, Pillsbury Winthrop Shaw Pittman LLP, 2300 N Street, NW, Washington, DC 20037-1122.

                                                                     /s/ Christopher W. Mahoney
                                                                     Christopher W. Mahoney

DM1\630863.1