UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION<br>12155 Dearborn Place<br>Poway, CA 92064<br><br>Petitioner,<br><br>vs.<br><br>THE UNITED MEXICAN STATES,<br><br>Respondent. | Civil Action No. 06-0748 HHK |

## MOTION TO VACATE ARBITRAL AWARD ISSUED ON JANUARY 26, 2006 BY ARBITRAL TRIBUNAL CONSTITUTED UNDER CHAPTER ELEVEN OF THE NORTH AMERICAN FREE TRADE AGREEMENT.

Petitioner International Thunderbird Gaming Corporation hereby moves to vacate the Arbitral Award issued on January 26, 2006 by the Arbitral Tribunal constituted under Chapter Eleven of the North American Free Trade Agreement (hereinafter the "Award"), a true and correct copy of which is attached hereto.

The motion is made pursuant to Sections 10 and 12 of the Federal Arbitration Act, 9 United States Code Sections 10 and 12, and upon any and/or all the following grounds:

1. The arbitrators were guilty of misconduct in refusing to postpone the hearing, upon sufficient cause shown, or in refusing to hear evidence pertinent and material to the controversy and/or of other misbehavior by which the rights of petitioner have been prejudiced [9 U.S.C.§10(3)]; and/or,

1