IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION,<br><br>　　　　　　　　　　Petitioner,<br>　　vs.<br><br>THE UNITED MEXICAN STATES,<br><br>　　　　　　　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 06-0748 HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6(a), Anne E. Langford hereby gives notice of her entry of appearance as counsel in this case for the Respondent.

DATED:  May 8, 2006

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Anne E. Langford
　　　　　　　　　　　　　　　　　　　Anne E. Langford (D.C. Bar No. 492271)
　　　　　　　　　　　　　　　　　　　PILLSBURY WINTHROP SHAW
　　　　　　　　　　　　　　　　　　　PITTMAN LLP
　　　　　　　　　　　　　　　　　　　2300 N Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C.  20037
　　　　　　　　　　　　　　　　　　　Telephone: (202) 663-8000
　　　　　　　　　　　　　　　　　　　Facsimile: (202) 663-8007
　　　　　　　　　　　　　　　　　　　Counsel for United Mexican States

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May 2006, the foregoing Notice of Appearance was filed and served electronically and via first class mail, postage prepaid, on the following:

Christopher W. Mahoney
Duane Morris LLP
1667 K Street, NW Suite 700
Washington, DC 20006

James D. Crosby
Attorney At Law
13400 Sabre Springs Parkway, Suite 200
San Diego, CA 92128

/s/ Anne E. Langford
Anne E. Langford