UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION,<br><br>          Petitioner,<br><br>vs.<br><br>THE UNITED MEXICAN STATES,<br><br>          Respondent. | Case No.: 06-0748 HHK |

**RESPONDENT'S CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rules 6 (b) and 7 (b) of the Federal Rules of Civil Procedure, Respondent United Mexican States respectfully requests an extension of time of 60 days, through and including July 7, 2006, to file its Opposition to the Motion to Vacate the Arbitral Award Issued on January 26, 2006 by Arbitral Tribunal Constituted Under Chapter Eleven of the North American Free Trade Agreement. Petitioner filed both its notice under Section 12 of the Federal Arbitration Act and its full pleading on April 24, 2006, serving Respondent by mail.

Respondent previously agreed to allow its counsel to accept service of Petitioner's filing, thereby allowing Petitioner to expedite the completion of service. Pursuant to LCvR 7(m), on May 8, 2006, counsel for Respondent consulted with counsel for Petitioner, who consented to this requested extension of time.

For the foreseeing reasons, the Respondent respectfully requests that the Court grant the extension of time to July 7, 2006.

Respectfully Submitted,

/s/ Anne E. Langford
Stephan E. Becker (D.C. Bar No. 366676)
Anne E. Langford (D.C. Bar No. 492271)

Counsel for United Mexican States

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May 2006, the foregoing Consent Motion for Extension of Time and Proposed Order were filed and served electronically and via first class mail, postage prepaid, on the following:

    Christopher W. Mahoney
    Duane Morris LLP
    1667 K Street, NW Suite 700
    Washington, DC 20006

    James D. Crosby
    Attorney At Law
    13400 Sabre Springs Parkway, Suite 200
    San Diego, CA 92128

                             /s/ Anne E. Langford
                             Anne E. Langford