UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION,<br><br>       Petitioner,<br>vs.<br><br>THE UNITED MEXICAN STATES,<br><br>       Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 06-0748 HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Consent Motion for Extension of Time, it is this ___ day of

_____, 2006,

ORDERED that the Consent Motion for Extension of Time (extending the deadline for filing to July 7, 2006), is hereby GRANTED.


                   _____
                   Hon. Henry H. Kennedy, Jr.
                   United States District Judge

Copies to:

Christopher W. Mahoney
Duane Morris LLP
1667 K Street, NW Suite 700
Washington, DC 20006

James D. Crosby
Attorney At Law
13400 Sabre Springs Parkway, Suite 200
San Diego, CA 92128

Anne E. Langford
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128