IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION,<br><br>                Petitioner,<br>vs.<br><br>THE UNITED MEXICAN STATES,<br><br>                Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:06-CV-0748 HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6(a), Stephan E. Becker hereby gives notice of his entry of appearance as counsel in this case for the Respondent.

DATED: July 7, 2006

Respectfully submitted,

/s/ Stephan E. Becker
Stephan E. Becker (D.C. Bar No. 366676)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
Counsel for United Mexican States

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July 2006, the foregoing Notice of Appearance was filed electronically and served via first class mail, postage prepaid, on the following:

Christopher W. Mahoney
Duane Morris LLP
1667 K Street, NW Suite 700
Washington, DC 20006

James D. Crosby
Attorney At Law
13400 Sabre Springs Parkway, Suite 200
San Diego, CA 92128

/s/ Stephan E. Becker
Stephan E. Becker