IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION,<br><br>                Petitioner,<br>vs.<br><br>THE UNITED MEXICAN STATES,<br>Represented by the Secretaria de Economía<br>Alfonso Reyes No. 30<br>Col. Condesa<br>06179 Mexico D.F.<br>Mexico<br><br>                Respondent. | Case No.: 1:06-cv-000748 HHK |

**NOTICE REGARDING LENGTHY EXHIBIT ATTACHMENT**

Due to its length, Exhibit 1 (the Declaration of Stephan E. Becker, accompanied by supporting documentation), which is an attachment to the Opposition to Motion to Vacate, is in paper form only and is being maintained in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

                                                /s/ Stephan E. Becker
                                                Stephan E. Becker (D.C. Bar No. 366676)
                                                2300 N Street, N.W.
                                                Washington, D.C. 20037
                                                (202) 663-8000
                                                Counsel for Respondent United Mexican States

Dated: July 7, 2006