## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION,<br><br>                        Petitioner,<br><br>vs.<br><br>THE UNITED MEXICAN STATES,<br>Represented by the Secretaria de Economía<br>Alfonso Reyes No. 30<br>Col. Condesa<br>06179 Mexico D.F.<br>Mexico<br><br>                    Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Case No.:  1:06-cv-000748 HHK |

## PROPOSED ORDER

Upon review and consideration of the Petitioner's Motion to Vacate the Arbitral Award Issued on January 26, 2006 by Arbitral Tribunal Constituted Under Chapter Eleven of the North American Free Trade Agreement ("Petitioner's Motion"), the Respondent's Opposition thereto, and the entire record in this case, it is, this _____ day of _____, 2006

ORDERED that the Petitioner's Motion is hereby DENIED.


                                            _____
                                            Hon. Henry H. Kennedy, Jr.
                                            United States District Judge

Copies to:

Stephan E. Becker
Anne E. Langford
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037

Christopher W. Mahoney
DUANE MORRIS LLP
1667 K Street, N.W. Suite 700
Washington, DC 20006

James D. Crosby
Attorney at Law
13400 Sabre Springs Parkway, Suite 200
San Diego, CA 92128