IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION,<br><br>                      Petitioner,<br>vs.<br><br>THE UNITED MEXICAN STATES,<br>Represented by the Secretaria de Economía<br>Alfonso Reyes No. 30<br>Col. Condesa<br>06179 Mexico D.F.<br>Mexico<br><br>                      Respondent. | Case No.: 1:06-cv-000748 HHK |

**PROPOSED ORDER**

Upon review and consideration of the Respondent's Cross-Motion for Confirmation, Recognition and Enforcement of Arbitral Award, the Petitioner's Opposition thereto, and the entire record in this case, it is, this _____ day of _____, 2006

ORDERED that the Respondent's Motion is hereby GRANTED; and it is further

ORDERED that the Arbitral Award ("Award") is hereby confirmed, recognized, and will be enforced under Section 9 of the Federal Arbitration Act and Article IV of the Convention on the Recognition and Enforcement of Foreign Arbitral Awards ("New York Convention"); and it is further

ORDERED that pursuant to such Award, Petitioner International Thunderbird Gaming Corporation must pay Respondent United Mexican States the sum of $1,252,862.

                                                Hon. Henry H. Kennedy, Jr.
                                                United States District Judge

Copies to:

Stephan E. Becker
Anne E. Langford
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037

Christopher W. Mahoney
DUANE MORRIS LLP
1667 K Street, N.W. Suite 700
Washington, DC 20006

James D. Crosby
Attorney at Law
13400 Sabre Springs Parkway, Suite 200
San Diego, CA 92128