UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION<br><br>　　　　　　　　　　　　Petitioner,<br><br>vs.<br><br>THE UNITED MEXICAN STATES,<br><br>　　　　　　　　　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-00748 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Petitioner's Consent Motion For Extension of Time, it is this

_____ day of July, 2006

ORDERED that the Consent Motion be and is hereby GRANTED and it is further

ORDERED that Petitioner shall file its Opposition to Respondent's Cross-Motion for Confirmation, Recognition and Enforcement of Arbitral Award and Reply to Respondent's Opposition to Petitioner's Motion to Vacate the Arbitral Award on or before August 31, 2006.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

COPIES TO:

Stephan E. Becker
stephan.becker@pillsburylaw.com

Anne Elizabeth Langford
anne.langford@pillsburylaw.com

Christopher W. Mahoney
cmahoney@duanemorris.com

DM1\666790.1