UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION<br><br>          Petitioner,<br><br>vs.<br><br>THE UNITED MEXICAN STATES,<br><br>          Respondent. | Civil Action No. 06-00748 (HHK) |

## SCHEDULING ORDER

The Court having considered the parties' Joint LCvR 16.3 Report, in which the parties agree that there is no need to join other parties, amend the pleadings, engage in discovery, or exchange expert witness reports and other information pursuant to Fed. R. Civ. P. 26, it is this _____ day of August, hereby ORDERED that:

  1.  Respondent shall file by September 20, 2006 its reply to Petitioner's opposition to Respondent's cross-motion for confirmation, recognition and enforcement of the arbitral award; and

  2.  The Court shall thereafter convene a hearing on Petitioner's motion to vacate the arbitral award and on Respondent's cross-motion for confirmation, recognition and enforcement of the arbitral award as soon as the Court's calendar permits.

                       _____
                       Henry H. Kennedy, Jr.
                       United States District Judge

2

COPIES TO:

Stephan E. Becker
stephan.becker@pillsburylaw.com

Anne Elizabeth Langford
anne.langford@pillsburylaw.com

Christopher W. Mahoney
cmahoney@duanemorris.com

DM1\672294.1