UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION<br><br>       Petitioner,<br><br>vs.<br><br>THE UNITED MEXICAN STATES,<br><br>       Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-00748 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PETITIONER'S CONSENT MOTION FOR EXTENSION OF TIME**

    Pursuant to Fed. R. Civ. P. 6(b) and 7(b), Petitioner International Thunderbird Gaming Corporation respectfully requests (a) a seven-day extension of time through and including August 25, 2006 to file its Opposition to Respondent's Cross-Motion for Confirmation, Recognition and Enforcement of Arbitral Award and Reply to Respondent's Opposition to Petitioner's Motion to Vacate the Arbitral Award Issued on January 26, 2006 by Arbitral Tribunal Constituted Under Chapter Eleven of the North American Free Trade Agreement, and (b) a seven-day extension of time through and including September 27, 2006 for Respondent The United Mexican States to file its Reply to Petitioner's Opposition To Respondent's Cross-Motion for Confirmation, Recognition and Enforcement of Arbitral Award.  Pursuant to LCvR 7(m), counsel for Petitioner has consulted with counsel for Respondent, who consented to this requested extension of time.

2

WHEREFORE, Petitioner International Thunderbird Gaming Corporation respectfully requests that the Court grant this Consent Motion For Extension of Time.

Respectfully submitted,

Date:  August 17, 2006

/s/ Christopher W. Mahoney
Christopher W. Mahoney (D.C. Bar No. 394416)
Duane Morris LLP
1667 K Street, NW  Suite 700
Washington, DC 20006
Telephone:  (202) 776-7867
Facsimile:   (202) 776-7801


/s/ James D. Crosby
James D. Crosby
13400 Sabre Springs Parkway, Suite 200
San Diego, California 92128
Telephone: (858) 486-0085
Facsimile:  (858) 486-2838


Attorneys for Petitioner
International Thunderbird Gaming Corporation

DM1\678607.1