UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION<br><br>          Petitioner,<br><br>vs.<br><br>THE UNITED MEXICAN STATES,<br><br>          Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-00748 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of Petitioner's Consent Motion For Extension of Time, it is this

_____ day of August, 2006

ORDERED that the Consent Motion be and is hereby GRANTED and it is further

ORDERED that Petitioner shall file its Opposition to Respondent's Cross-Motion for Confirmation, Recognition and Enforcement of Arbitral Award and Reply to Respondent's Opposition to Petitioner's Motion to Vacate the Arbitral Award on or before August 25, 2006 and that Respondent The United Mexican States shall file its Reply to Petitioner's Opposition To Respondent's Cross-Motion for Confirmation, Recognition and Enforcement of Arbitral Award on or before September 27, 2006.

_____
Honorable Henry H. Kennedy, Jr.
United States District Judge

COPIES TO:

Stephan E. Becker
stephan.becker@pillsburylaw.com

Anne Elizabeth Langford
anne.langford@pillsburylaw.com

Christopher W. Mahoney
cmahoney@duanemorris.com

DM1\678676.1