# EXHIBIT 1

Case 1:06-cv-00748-HHK    Document 16-2    Filed 09/27/2006    Page 1 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION,<br><br>                        Petitioner,<br><br>vs.<br><br>THE UNITED MEXICAN STATES,<br>Represented by the Secretaria de Economía<br>Alfonso Reyes No. 30<br>Col. Condesa<br>06179 Mexico D.F.<br>Mexico<br><br>                        Respondent. | Case No.: 1:06-cv-000748 (HHK) |

**SUPPLEMENTAL DECLARATION OF STEPHAN E. BECKER**

I submit this declaration to provide the Court with a document referenced in the Reply of the Government of Mexico in Support of Cross-Motion for Confirmation, Recognition and Enforcement of Arbitral Award. This declaration is based on personal knowledge.

Attached hereto at Tab 1 is an excerpt of the English language transcript of the arbitration hearing conducted on April 29, 2003 concerning procedural issues.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 27th day of September, 2006 in Washington, D.C.

                                                                             Stephan E. Becker

# TAB 1

1

INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT

DISPUTES

- - - - - - - - - - - - - - - - -x
                                  :
INTERNATIONAL THUNDERBIRD GAMING  :
CORPORATION,                      :
                                  :
        Claimant,                 :
                                  : ICCC003/AJB/AW
    v.                            :
                                  :
THE UNITED MEXICAN STATES,        :
                                  :
        Respondent.               :
                                  :
- - - - - - - - - - - - - - - - -x


Tuesday, April 29, 2003

The World Bank
600 19th Street, N.W.
Room 1-200
Washington, D.C.


The hearing in the above-entitled matter came on, pursuant to Notice, at 2:00 p.m. before:

ALBERT JAN van den BERG, President

LIC. AUGUSTIN PORTAL ARIOSA, Arbitrator

PROFESSOR THOMAS W. WALDE, Arbitrator

1          Now the question comes of when the witness
2   statements should be submitted.  The Tribunal would
3   prefer to have them filed in conjunction with the
4   statement of claim, statement of defense, and with
5   rebuttal witness statements, with reply and
6   rejoinder.
7          MR. CROSBY:  That's acceptable.  That's
8   fine.  That's what we anticipate.
9          MR. PEREZCANO:  Yes.
10         PRESIDENT van den Berg:  Then, on that
11  matter, Mr. Crosby, I noticed in your brief that
12  you mentioned also depositions.  It is unusual,
13  actually never practiced in international
14  arbitration that depositions are being taken, nor
15  are, for example, interrogatories.  So, I think
16  that is not something which the Tribunal
17  contemplates in this proceeding, unless you have
18  some very compelling reason you would like to do it
19  differently, but then you should make an
20  transaction application to this Tribunal.
21         MR. CROSBY:  No, that will be fine.  I

1  will accept the Tribunal's relation on that.
2           PRESIDENT van den Berg:  Let's then see
3  whether we have the schedule now with dates.  The
4  particularized statement of claim, who is good at
5  math, quick in math?  120 days?
6           MR. WEILER:  I have a computer program
7  that gives the dates.
8           It's about August 26, but that's a
9  Saturday, so maybe August 25th or 28.  I'm in July.
10 So, Friday is the 29th.
11          PRESIDENT van den Berg:  29th of August?
12          MR. WEILER:  Yes.
13          PRESIDENT van den Berg:  All right.  Then
14 we have the statement of defense, 120 days from
15 there?  This says 29 August, Mr. Becker.
16          All right.  29, 12.
17          MR. PEREZCANO:  Can we carry it over to
18 January?  It's going to be in the middle of the
19 holidays.  It's going to be difficult to get
20 people, not just in my office, but generally in the
21 government.  It is going to be complicated because