UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re: Arbitration between

INTERNATIONAL THUNDERBIRD
GAMING CORPORATION,

           Petitioner,

           v.

UNITED MEXICAN STATES,

           Respondent.

Civil Action 06-00748 (HHK)

**JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and for the reasons stated by the court in its memorandum opinion docketed this same day, it is this 14th day of February, 2007, hereby

**ORDERED** that the petition to vacate the award issued by a North American Free Trade Agreement arbitral panel in the arbitration between International Thunderbird Gaming Corporation and the United Mexican States, dated January 26, 2006 [#1], is **DENIED**; and it is further

**ORDERED** that respondent's motion to confirm the same award [#8] is **GRANTED**; and it is further

**ORDERED** that the same award is **CONFIRMED** and judgment shall be entered thereon dismissing this case with prejudice.

Henry H. Kennedy, Jr.
United States District Judge