## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION<br><br>                      Petitioner,<br><br>vs.<br><br>THE UNITED MEXICAN STATES,<br><br>                      Respondent. | Civil Action No. 06-00748 (HHK) |

## **NOTICE OF APPEAL**

Notice is hereby given that International Thunderbird Gaming Corporation, petitioner in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment entered in this action on February 14, 2007.

Date:  March 8, 2007

Respectfully submitted,

/s/ Christopher W. Mahoney
Christopher W. Mahoney (D.C. Bar No. 394416)
Duane Morris LLP
1667 K Street, NW  Suite 700
Washington, DC 20006
Telephone:  (202) 776-7867
Facsimile:   (202) 776-7801

/s/ James D. Crosby
James D. Crosby
13400 Sabre Springs Parkway, Suite 200
San Diego, California 92128
Telephone: (858) 486-0085
Facsimile:  (858) 486-2838

Attorneys for Petitioner
International Thunderbird Gaming Corporation

DM1\758851.1