# EXHIBIT B



UNCITRAL Arbitration Rules (1976)
© United Nations (UN)
copy @ Lex Mercatoria

# SECTION IV - THE AWARD

144

## Article 32 - Form and effect of the award

148

### Article 32 - Form and effect of the award

1. In addition to making a final award, the arbitral tribunal shall be entitled to make interim, interlocutory, or partial awards.

149

2. The award shall be made in writing and shall be final and binding on the parties. The parties undertake to carry out the award without delay.

150

3. The arbitral tribunal shall state the reasons upon which the award is based, unless the parties have agreed that no reasons are to be given.

151

4. An award shall be signed by the arbitrators and it shall contain the date on which and the place where the award was made. Where there are three arbitrators and one of them fails to sign, the award shall state the reason for absence of the signature.

152

5. The award may be made public only with the consent of both parties.

153

6. Copies of the award signed by the arbitrators shall be communicated to the parties by the arbitral tribunal.

154

7. If the arbitration law of the country where the award is made requires that the award by filed or registered by the arbitral tribunal, the tribunal shall comply with this requirement within the period of time required by law.

155