UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION<br><br>Petitioner,<br><br>vs.<br><br>THE UNITED MEXICAN STATES,<br><br>Respondent. | Civil Action No. 06-00748 (HHK) |

**ORDER**

Upon consideration of Petitioner International Thunderbird Gaming Corporation's Motion to Stay Execution of Judgment and For Protective Order, Memorandum in support thereof, and the entire record, it is hereby

ORDERED, that all proceedings taken by respondent in aid of execution of the Court's February 14, 2007 judgment shall be stayed, and it is hereby

ORDERED, that discovery sought by respondent in aid of execution of the Court's February 14, 2007 judgment not be had pending the appeal of such judgment.

ENTERED this _____ day of May, 2007.

_____
Honorable Henry H. Kennedy, Jr.
United States District Judge

2

COPIES TO:

Stephan E. Becker
stephan.becker@pillsburylaw.com

Anne Elizabeth Langford
anne.langford@pillsburylaw.com

Christopher W. Mahoney
cmahoney@duanemorris

H:\ThunderbirdMexican\Order re Stay.DOC