IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION,<br><br>                    Petitioner,<br>vs.<br><br>THE UNITED MEXICAN STATES,<br>Represented by the Secretaria de Economía<br>Alfonso Reyes No. 30<br>Col. Condesa<br>06179 Mexico D.F.<br>Mexico<br><br>                    Respondent. | Case No.: 1:06-cv-000748 HHK |

## [PROPOSED] ORDER

Upon review and consideration of Petitioner International Thunderbird Gaming Corporation's Motion to Stay Execution of Judgment and for Protective Order, the United Mexican States' Opposition thereto, and the entire record in this case, it is, this _____ day of _____, 2007

ORDERED that the Petitioner's Motion is hereby DENIED.

                                                            Hon. Henry H. Kennedy, Jr.
                                                            United States District Judge

Copies to:

Stephan E. Becker
Anne E. Langford
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037

Christopher W. Mahoney
DUANE MORRIS LLP
1667 K Street, N.W. Suite 700
Washington, DC 20006

James D. Crosby
Attorney at Law
13400 Sabre Springs Parkway, Suite 200
San Diego, CA 92128