# EXHIBIT 1



**Pillsbury
Winthrop
Shaw
Pittman** LLP

2300 N Street NW
Washington, DC 20037-1122

Tel 202.663.8000
Fax 202.663.8007
www.pillsburylaw.com

March 28, 2007

Stephan E. Becker
Phone: 202.663.8277
stephan.becker@pillsburylaw.com

VIA EMAIL AND FIRST CLASS MAIL

James Crosby, Esq.
13400 Sabre Springs Parkway
Suite 200
San Diego, CA 92128

Christopher W. Mahoney
Duane Morris LLP
1667 K Street, NW Suite 700
Washington, DC 20006

Re:   International Thunderbird Gaming Corporation v. United Mexican States

Dear Messrs. Crosby and Mahoney:

As you know, on February 14, 2007, the U.S. District Court for the District of Columbia rejected your petition to set aside the arbitration award issued against your client in favor of the Government of Mexico and granted our cross-motion for confirmation and enforcement of the award.

We are in receipt of the Notice of Appeal that you filed on March 8. However, you have not filed a supersedeas bond to obtain a stay of enforcement of the court's judgment under Federal Rule of Appellate Procedure 8 and Circuit Rule 8, and accordingly we intend to proceed expeditiously in enforcing the judgment while the appeal is pending.

James Crosby, Esq.
March 28, 2007
Page 2

      To that end, enclosed are interrogatories, documents requests, and a Rule 30(b)(6) Notice of Deposition to your client, all presented under the authority of Federal Rule of Civil Procedure 69.

                                                Sincerely yours,

                                                Stephan E. Becker

Enclosures

cc:    Linda Pasquel Peart
        Alejandra Galaxia Treviño