UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re: Arbitration between

INTERNATIONAL THUNDERBIRD
GAMING CORPORATION,

          Petitioner,

    v.

UNITED MEXICAN STATES,

          Respondent.

Civil Action 06-00748 (HHK)

**ORDER**

Before the court are petitioner's motions to stay the execution of judgment and for a protective order [#20, #21]. Upon consideration of the motions, the opposition thereto, and the record of this case, the court concludes that the motions should be and are hereby **DENIED**.

**SO ORDERED** this 20th day of June, 2007.

                                        Henry H. Kennedy, Jr.
                                        United States District Judge