## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between <br><br> INTERNATIONAL THUNDERBIRD GAMING CORPORATION, <br><br> Petitioner, <br> vs. <br><br> THE UNITED MEXICAN STATES, Represented by the Secretaria de Economía Alfonso Reyes No. 30 Col. Condesa 06179 Mexico D.F. Mexico <br><br> Respondent. | Case No.:  1:06-cv-000748 (HHK) |

### [PROPOSED] ORDER

Upon review and consideration of Respondent United Mexican States' Motion to Compel Discovery and for Sanctions against Petitioner International Thunderbird Gaming Corporation ("Motion to Compel"), any Opposition and Reply thereto, and the entire record in this case, it is,

this _____ day of _____, 2007

ORDERED that the United Mexican States' Motion to Compel is hereby GRANTED and, further,

ORDERED that Thunderbird shall, within ten days of this Order,

    a).     respond fully to The United Mexican States' First Set of Interrogatories in Aid of Execution to the International Thunderbird Gaming Corporation;

b).    produce all documents responsive to The United Mexican States' First Set of Document Requests in Aid of Execution to the International Thunderbird Gaming Corporation;

c).    designate a 30(b)(6) deponent, who shall be made available for a sworn deposition on a date mutually agreeable to the parties within forty (40) days of the provision of interrogatory answers and documents referenced immediately above in items a) and b); and

It is further ORDERED that Thunderbird and counsel for Thunderbird shall pay Mexico's reasonable expenses incurred in making this Motion to Compel, including attorney's fees, as required by Fed. R. Civ. P. 37(a)(4)(A). Within seven (7) days of the entry of this Order, Mexico's counsel will provide Thunderbird's counsel with an invoice for the required amount. If Thunderbird or its counsel object to the amount of the invoice, they shall raise such objections with this Court within seven (7) days after receiving the invoice. Payment shall be made within ten (10) days of the provision of the invoice where there is no dispute about the amount of the same or, if there are objections about the amount of the same, then within ten (10) days of the Court's resolution of the objections.


Date: _____          _____

Hon. Henry H. Kennedy, Jr.
United States District Judge

Copies to:

Stephan E. Becker
Anne E. Langford
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037

Christopher W. Mahoney
DUANE MORRIS LLP
1667 K Street, N.W. Suite 700
Washington, DC 20006

James D. Crosby
Attorney at Law
13400 Sabre Springs Parkway, Suite 200
San Diego, CA 92128