# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION,<br><br>　　　　　　　　　　　Petitioner,<br>vs.<br><br>THE UNITED MEXICAN STATES,<br>Represented by the Secretaria de Economía<br>Alfonso Reyes No. 30<br>Col. Condesa<br>06179 Mexico D.F.<br>Mexico<br><br>　　　　　　　　　　　Respondent. | Case No.: 1:06-cv-000748 (HHK) |

**DECLARATION OF STEPHAN E. BECKER
IN SUPPORT OF RESPONDENT UNITED MEXICAN STATES'
MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS AGAINST
PETITIONER INTERNATIONAL THUNDERBIRD GAMING CORPORATION**

Stephan E. Becker, attorney of record for the United Mexican States, declares as follows in support of Respondent United Mexican States' Motion to Compel Discovery and for Sanctions Against Petitioner International Thunderbird Gaming Corporation:

1. My name is Stephan E. Becker.

2. I am over 18 years of age, am fully competent to make this declaration, and have personal knowledge of facts stated in this declaration.

400617984v1

3. I am the attorney for the Respondent, the United Mexican States ("Mexico"), in this action.

4. As stated in the Respondent United Mexican States' Motion to Compel Discovery and for Sanctions Against Petitioner International Thunderbird Gaming Corporation, which this Declaration accompanies, on April 19, 2007, I received a telephone call from counsel for the International Thunderbird Gaming Corporation, Inc. ("Thunderbird"), Christopher Mahoney. During that conversation, Mr. Mahoney requested a two-week extension to respond to interrogatories and document requests that Mexico originally issued on March 28, 2007. During that conversation, I agreed to the two-week extension requested by Mr. Mahoney, which would have placed the new deadline for responses to this written discovery at May 11, 2007.

5. On July 9, 2007, Mr. Mahoney contacted me by telephone to request an extension of a due date related to Thunderbird's appeal to the United States Court of Appeals for the District of Columbia Circuit of the Court's decision in this case. During that conversation, Mr. Mahoney stated that Thunderbird was working on the discovery reponses, but that the Federal Rule of Civil Procedure 30(b)(6) deponent lived in a foreign country and, for that reason, it would be necessary to reschedule the deposition to a date in August.

6. As is documented at Exhibit 6 to Respondent United Mexican States' Motion to Compel Discovery and for Sanctions Against Petitioner International Thunderbird Gaming Corporation, I responded to the request by email on July 10, 1007, noting

2

our consent to the request on several express conditions, including the service by Thunderbird of its written discovery responses by the end of that week.

7.  On July 10, 2007, following the transmission of my email (referenced in paragraph 6, immediately above), counsel for Thunderbird, James Crosby, left a voice mail for me, requesting a return call. I called Mr. Crosby that same day. Mr. Crosby asked for an extension of discovery responses as well. When I informed him that no further discovery extensions could be given, Mr. Crosby stated that Thunderbird would likely forego its request for extension on the appeals court date. Mr. Crosby stated that Thunderbird was not yet working on responses to the discovery requests. He informed me that he would get back to me regarding Thunderbird's answer to my offer (regarding granting a deadline extension in the appeals court action if Thunderbird would produce its discovery responses by a date certain), but never did.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 3, 2007.

_____
Stephan E. Becker

3

400617984v1