# EXHIBIT 4

## Becker, Stephan E.

| | |
|---|---|
| **From:** | Mahoney, Christopher [CMahoney@duanemorris.com] |
| **Sent:** | Friday, May 18, 2007 11:38 AM |
| **To:** | Becker, Stephan E. |
| **Cc:** | James D. Crosby |
| **Subject:** | International Thunderbird |

Steve:
Given our pending motion for stay and for protective order, petitioner will not appear at the Rule 30(b)(6) deposition noticed for 5/22. Thanks.


**Christopher W. Mahoney**
Partner

**Duane Morris LLP**
1667 K Street, N.W., Suite 700
Washington, DC 20006-1608
**P:** 202.776.7867 **F:** 202.776.7801 **C:** 202.386.2068
CMahoney@duanemorris.com
www.duanemorris.com