# EXHIBIT 5



**Pillsbury
Winthrop
Shaw
Pittman**LLP

2300 N Street NW  
Washington, DC 20037-1122

Tel 202.663.8000  
Fax 202.663.8007  
www.pillsburylaw.com

Stephan E. Becker  
Phone: 202.663.8277  
stephan.becker@pillsburylaw.com

June 21, 2007

**VIA EMAIL AND FIRST CLASS MAIL**

James Crosby, Esq.  
13400 Sabre Springs Parkway  
Suite 200  
San Diego, CA 92128

Christopher W. Mahoney  
Duane Morris, LLP  
1667 K Street, NW,  
Suite 700  
Washington, DC 20006

      Re:    Case No. 1:06-cv-000748 HHK  
              *International Thunderbird Gaming Corporation vs. The United Mexican States*

Dear Messrs. Crosby and Mahoney:

    As you know, yesterday the United States District Court for the District of Columbia denied Respondent International Thunderbird Gaming Corporation's motions to stay the execution of judgment and for a protective order. Accordingly, we again request that Thunderbird respond to our previously-issued interrogatories and document requests, originally issued on March 28, 2007.

    Although the responses are long overdue, we are prepared to accept that the written responses be delivered to us by July 12, 2007. Because the date we originally noticed for the 20(b)(6) deposition has long since passed, I am enclosing is a new notice setting the date for the deposition on July 24, 2007.

June 21, 2007
Page 2

      We look forward to being able to proceed without further delay.

                                    Sincerely yours,

                                    Stephan E. Becker

Enclosure

cc:    Alejandra Trevino

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION,<br><br>                      Petitioner,<br>vs.<br><br>THE UNITED MEXICAN STATES,<br><br>                      Respondent. | Case No.: 1:06-cv-000748 (HHK) |

## RULE 30(b)(6) NOTICE OF DEPOSITION

Please take notice that, pursuant to the Federal Rules of Civil Procedure, including Rule 69 thereof, Respondent, the United Mexican States, will take the Rule 30(b)(6) deposition of International Thunderbird Gaming Corporation ("Thunderbird"), or a person or persons designated by Thunderbird upon oral examination, recorded by stenographic means, before an officer authorized by law to administer oaths and record testimony. Such deposition will commence on July 24, 2007, at 9:00 a.m. at the offices of Pillsbury Winthrop Shaw Pittman, 2300 N Street, NW, Washington, DC 20037, or at a time and place agreed upon between counsel for the parties, and continuing from day to day until completed.

Pursuant to Rule 30(b)(6), Thunderbird shall designate the most knowledgeable person or persons to testify on its behalf as to the following subject matter:

1. Specifics regarding the precise locations and amounts of Thunderbird's assets, and the assets of its subsidiaries including, but not limited to, information

regarding the location, identifying information, and value as of the date of the deposition of all bank accounts, securities, real estate, and personal property held by or for the benefit of Thunderbird.

2. The sources of income of the corporation, including (but not limited to) all contractual arrangements with foreign casinos under which Thunderbird is receiving payments for services rendered.

3. Information on the present amount of Thunderbird's accounts receivable.

4. Information on if at any time in the past two years Thunderbird has sold, conveyed, assigned, or disposed of any assets either by sale, gift, transfer, or otherwise, and the specific date, nature of, and reasons for such transactions.

5. Information on Thunderbird's corporate structure, including regarding its place of incorporation (and any changes thereto in the past two years), and identification of its subsidiaries, parents, and related corporations.

6. Information on all subjects addressed in The United Mexican States' First Set of Interrogatories in Aid of Execution to the International Thunderbird Gaming Corporation and The United Mexican States' First Set of Document Requests in Aid of Execution to the International Thunderbird Gaming Corporation (or Thunderbird's responses thereto), both served on March 28, 2007.

Dated: June 21, 2007

        PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _____
Stephan E. Becker (D.C. Bar No. 366676)
Anne E. Langford (D.C. Bar No. 492271)
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000

Counsel for the United Mexican States

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2007, the foregoing Rule 30(b)(6) Notice of Deposition was served via email and via first class mail, postage prepaid, on the following:

Christopher W. Mahoney
DUANE MORRIS LLP
1667 K Street, N.W. Suite 700
Washington, DC 20006

James D. Crosby
Attorney at Law
13400 Sabre Springs Parkway, Suite 200
San Diego, CA 92128

Stephan E. Becker