# EXHIBIT 7



**Pillsbury
Winthrop
Shaw
Pittman** LLP

2300 N Street NW
Washington, DC 20037-1122

Tel 202.663.8000
Fax 202.663.8007
www.pillsburylaw.com

July 18, 2007

Stephan E. Becker
Phone: 202.663.8277
stephan.becker@pillsburylaw.com

**VIA EMAIL AND FIRST CLASS MAIL**

James Crosby, Esq.
13400 Sabre Springs Parkway
Suite 200
San Diego, CA 92128

Christopher W. Mahoney
Duane Morris LLP
1667 K Street, NW
Suite 700
Washington, DC 20006

    Re:    **International Thunderbird Gaming Corporation v.
United Mexican States
Case No. 1:06-cv-000748 HHK**

Gentlemen:

    As you know, we first presented our discovery requests to you in the above-referenced matter on March 28, 2007. After we agreed to your request for an extension for your responses in good faith, you surprised us by filing a motion for a stay and protective order on May 7. The court rejected your motion on June 20 and there can be no further excuse for noncompliance.

    Your answers to our renewed interrogatories and document requests were due on July 12 and to date we have received nothing from you; indeed, Jim informed me that your client is "angry" and has not been working on the responses. In response to our re-notice of the deposition of Thunderbird's Rule 30(b)(6) witness for July 24, Chris indicated that the witness lived outside the United States and could be made available in August, but the next day Jim said that the witness would be someone else who lives in the United States, without indicating that the witness would be made available on July 24 or otherwise. The overall circumstances indicate that you have no intention of cooperating with our requests for discovery.

July 18, 2007
Page 2

    We have accommodated your schedules throughout this litigation, and by any standard have been extremely patient and reasonable. However, our patience does not extend to allowing you to flout the rules of the Court in this manner. Thunderbird initiated the underlying arbitration and this litigation, and it is responsible for the consequences.

    Be advised that we are preparing to file a motion to compel disclosure and for sanctions. As you know, pursuant to Rule 37, both Thunderbird and you as its counsel will be liable for our expenses in preparing and filing the motion, including attorney fees, even if you respond to our discovery requests before the Court grants the motion. I very much regret that the situation has come to this.

    If you can commit to delivering full (not evasive) responses to our interrogatories and document requests within the next few days, and to re-scheduling the deposition for a precise date in the near future, I invite you to contact me immediately.

                                          Sincerely,

                                          Stephan E. Becker
                                        Counsel for United Mexican States

SEB:wll