# EXHIBIT 8

Case 1:06-cv-00748-HHK    Document 24-10    Filed 08/03/2007    Page 1 of 2

<div style="text-align:center">

**JAMES D. CROSBY**
ATTORNEY AT LAW
13400 SABRE SPRINGS PARKWAY, SUITE 200
SAN DIEGO, CALIFORNIA 92128
PH: (858) 486-0085   FAX: (858) 486-2838   CELL: (858) 705-0083
E-MAIL: crosby@crosbyattorney.com   WEB: www.crosbyattorney.com

</div>

July 18, 2007

<u>Via E-mail and Regular Mail</u>
Stephen E. Becker
Pillsbury Winthrop Shaw and Pittman LLP
2300 N Street NW
Washington, D.C. 20037-1122

      Re:    <u>Thunderbird/Mexico</u>

Dear Mr. Becker:

      I respond to correct a misstatement in your letter of July 18, 2007. You state that I advised you that Thunderbird's Rule 30(b)(6) witness "would be someone else who lives in the United States". That is simply not the case and and I did not so advise you. So there is no misunderstanding, there is no Thunderbird representative in the United States who can provide testimony on the topics in the amended deposition notice.

      As for your threat of sanctions, I would note that Rule 37 only allows sanctions against counsel who "advised" the offending conduct. You do not have, and at no time will have, the evidentiary basis for a request for sanctions against <u>counsel</u> for advising any alleged offending conduct under Rule 37. Take notice that any effort to seek sanctions against either Chris or myself under Rule 37 will be deemed frivolous and will be met with an appropriate response. I see this threat as an improper effort to personalize these matters as between counsel and put pressure on Thunderbird with a threat of sanctions against its attorneys. I also view this threat against Chris and myself as directly at odds with the professional and ethical manner which I believe all counsel on both sides have conducted themselves throughout these proceedings. But, I guess if you want to proceed down that path, we will respond accordingly.

      Otherwise, I will take your suggestions to my client and advise you accordingly.

<div style="margin-left:50%">Yours truly,

James D. Crosby</div>

cc:    Thunderbird
        Mahoney