# EXHIBIT 9



Pillsbury
Winthrop
Shaw
Pittman LLP

2300 N Street NW
Washington, DC 20037-1122

Tel 202.663.8000
Fax 202.663.8007
www.pillsburylaw.com

July 19, 2007

Stephan E. Becker
Phone: 202.663.8277
stephan.becker@pillsburylaw.com

**VIA EMAIL AND FIRST CLASS MAIL**

James Crosby, Esq.
13400 Sabre Springs Parkway
Suite 200
San Diego, CA 92128

    Re:    International Thunderbird Gaming Corporation v.
           United Mexican States
           Case No. 1:06-cv-000748 HHK

Dear Mr. Crosby:

    Thank you for your July 18 letter. I have several points in response.

    First, during our recent conversation you were very specific in contradicting Mr. Mahoney's statement that the Rule 30(b)(6) witness would come from abroad; you said that there were potential witnesses in various locations within the United States. You also contradicted Mr. Mahoney's statement that responses to our discovery requests were in the midst of being prepared.

    Second, regarding our forthcoming motion to compel disclosure and for sanctions, although your letter says that I will never have evidence that you advised your client not to respond to our discovery requests, I will trust that you meant to say that there would be no evidence because you would not engage in such conduct. However, I do know that I have been given conflicting information by you and Mr. Mahoney, and that, after we rejected your latest request for an extension, you allowed the discovery deadline to pass without explanation and without seeking leave of the Court. Your letter also appears to characterize compliance with our discovery requests as a "suggestion" from me that you will now discuss with your client. The totality of the circumstances gives the impression that you and your client do not take seriously the obligation to comply with discovery requests.

James Crosby, Esq.
July 19, 2007
Page 2

      Third, and most importantly, although it has been a full four weeks since we contacted you regarding the discovery due us (following the Court's June 20 denial of your Motion to Stay Execution of Judgment and for Protective Order), your letter does not indicate that any progress has been made in preparing responses, and does not propose a new date for the Rule 30(b)(6) deposition that we notified for July 24.

      As I indicated yesterday, I regret that we are being forced to seek an order to compel discovery and for sanctions. I would greatly prefer to avoid that course of action, but that depends on you and your client.

                        Sincerely yours,

                        Stephan E. Becker

SEB:wll

cc: Christopher W. Mahoney