UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: Arbitration between<br><br>INTERNATIONAL THUNDERBIRD<br>GAMING CORPORATION,<br><br>   Petitioner,<br><br>   v.<br><br>UNITED MEXICAN STATES,<br><br>   Respondent. | Civil Action 06-00748 (HHK) |

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE ALAN KAY

It is this 8th day of August, 2007, hereby

**ORDERED** that respondent's motion to compel and for sanctions [#24] is hereby referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2(a). Henceforth, and until this referral is terminated, all filings in this case shall include the initials of the assigned Magistrate Judge, "JMF," in the caption next to the initials of the undersigned Judge. *See* LCvR 5.1(f).

                                   Henry H. Kennedy, Jr.
                                   United States District Judge