# EXHIBIT 1

## Mahoney, Christopher

| | |
|---|---|
| From: | Mahoney, Christopher |
| Sent: | Thursday, June 21, 2007 9:37 AM |
| To: | 'James D. Crosby' |
| Cc: | 'Albert Atallah' |
| Subject: | International Thunderbird |
| Attachments: | 20070621093126535.pdf |

Jim:
Attached is the court order denying our motion to stay execution and for a protective order. We must now respond to respondent's discovery requests. Please let me know how you'd like to proceed. Thanks.