# EXHIBIT 5

## Mahoney, Christopher

| | |
|---|---|
| **From:** | Mahoney, Christopher |
| **Sent:** | Tuesday, July 24, 2007 10:00 AM |
| **To:** | James D. Crosby; 'Albert Atallah' |
| **Subject:** | Thunderbird |
| **Attachments:** | 20070724094634109.pdf |

Jim and Albert:

Attached is a copy of the appellate brief (sans the lengthy appendix) that we filed last evening with the D.C. Circuit. Mexico's brief is due on 8/22. Please let me know if you have any questions. Also, please advise where things stand on Mexico's discovery requests. Thanks.