# EXHIBIT 6

**MAHONEY, Christopher**

| | |
|---|---|
| **From:** | Albert Atallah [aatallah@thunderbirdresorts.com] |
| **Sent:** | Tuesday, July 24, 2007 10:25 AM |
| **To:** | Mahoney, Christopher; James D. Crosby |
| **Subject:** | RE: Thunderbird |

Thank you Chris....I will get with Jim and get back with you on the discovery requests and the brief...thanks for burning the midnight oil on this matter!

Best Regards,

**Albert W. Atallah**
General Counsel



aatallah@thunderbirdresorts.com
www.thunderbirdresorts.com
North America - USA
Tel: (858) 668-1808-ext.206  Fax: (858) 668-1722

The contents of this email transmittal is confidential communication subject to attorney client privilege. Any unauthorized disclosures of this communication shall be subject to state, Federal, and international laws concerning confidential and privileged communication.

---

**From:** Mahoney, Christopher [mailto:CMahoney@duanemorris.com]
**Sent:** Tuesday, July 24, 2007 7:00 AM
**To:** James D. Crosby; Albert Atallah
**Subject:** Thunderbird

Jim and Albert:
Attached is a copy of the appellate brief (sans the lengthy appendix) that we filed last evening with the D.C. Circuit. Mexico's brief is due on 8/22. Please let me know if you have any questions. Also, please advise where things stand on Mexico's discovery requests. Thanks.

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.