# EXHIBIT 2

## MAHONEY, Christopher

| From: | Mahoney, Christopher |
|---|---|
| Sent: | Sunday, July 08, 2007 11:44 AM |
| To: | 'James D. Crosby' |
| Cc: | 'Albert Atallah' |
| Subject: | FW: International Thunderbird |
| Attachments: | 20070621093126535.pdf; 20070615104708532.pdf |

Jim:
Please advise on how you wish to respond to Respondent's discovery requests and to prepare Petitioner's appeals brief and appendix (which are due on 7/23). Thanks.

**Christopher W. Mahoney**
Partner

**Duane Morris LLP**
1667 K Street, N.W., Suite 700
Washington, DC 20006-1608
P: 202.776.7867 F: 202.776.7801 C: 202.386.2068
CMahoney@duanemorris.com
www.duanemorris.com

---

**From:** Mahoney, Christopher
**Sent:** Thursday, June 21, 2007 9:37 AM
**To:** 'James D. Crosby'
**Cc:** 'Albert Atallah'
**Subject:** International Thunderbird

Jim:
Attached is the court order denying our motion to stay execution and for a protective order. We must now respond to respondent's discovery requests. Please let me know how you'd like to proceed. Thanks.

8/14/2007