# EXHIBIT 3

## Mahoney, Christopher

**From:** Mahoney, Christopher
**Sent:** Tuesday, July 10, 2007 1:55 PM
**To:** 'crosby@crosbyattorney.com'
**Cc:** Albert Atallah
**Subject:** FW: International Thunderbird Gaming Corporation

Jim:
Please advise. Thanks.


**Christopher W. Mahoney**
Partner

**Duane Morris LLP**
1667 K Street, N.W., Suite 700
Washington, DC 20006-1608
**P:** 202.776.7867 **F:** 202.776.7801 **C:** 202.386.2068
CMahoney@duanemorris.com
www.duanemorris.com

---

**From:** Becker, Stephan E. [mailto:stephan.becker@pillsburylaw.com]
**Sent:** Tuesday, July 10, 2007 1:34 PM
**To:** James D. Crosby; Mahoney, Christopher
**Subject:** International Thunderbird Gaming Corporation


Gentlemen:

Yesterday Chris called and informed me that you are requesting that Mexico consent to a 30 day extension for the filing of Thunderbird's initial brief in the DC Federal Circuit, which currently is due on July 23, on the basis that you are considering dropping the appeal.

Chris also told me that you are in the process of preparing the responses to our interrogatories and document requests, which are due on July 12. He added that Thunderbird's Rule 30(b)(6) witness (whom I presume is Mr. Mitchell) resides in a foreign country and that you propose to make him available in August for the deposition, rather than the July 24 date we noticed.

Considering the situation as a whole, we are prepared to consent to the 30 day extension upon fulfillment of two conditions. First, we must receive your responses to our interrogatories and document requests by the end of this week and before the consent motion is filed. Second, the motion must provide for a schedule under which we have 45 days to file our response brief. The schedule would therefore be as follows: August 22 deadline for Thunderbird's brief, October 8 for Mexico's brief, and October 22 for Thunderbird's reply.

We are also prepared to work with you on the scheduling of the deposition in August rather than July, provided that we receive the responses to our interrogatories and document requests as discussed above.

Sincerely yours,

Stephan E. Becker
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037
Tel. 202.663.8277
stephan.becker@pillsburylaw.com

===========================================================

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770 x4860 immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.

===========================================================

8/17/2007