# EXHIBIT 4

## Mahoney, Christopher

| | |
|---|---|
| **From:** | Albert Atallah [aatallah@thunderbirdresorts.com] |
| **Sent:** | Wednesday, July 11, 2007 6:40 PM |
| **To:** | Mahoney, Christopher; crosby@crosbyattorney.com |
| **Subject:** | RE: International Thunderbird Gaming Corporation |

Dear Christopher: I apologize for the lack of communication. I understand that Jim spoke with you today and provided you with certain information concerning how we wish to proceed in this matter:

REDACTED

2. There is no possible way that I will have responses on the interrogatories by July 12 nor will we produce the person most knowledgeable for a deposition.

3.                                                  REDACTED                                    For the time being,

Becker just needs to do what he wants to do to compel discovery.

Thank you Chris.

Best regards,

**Albert W. Atallah**
General Counsel



aatallah@thunderbirdresorts.com
www.thunderbirdresorts.com
North America - USA
Tel: (858) 668-1808-ext.206 Fax: (858) 668-1722

The contents of this email transmittal is confidential communication subject to attorney client privilege. Any unauthorized disclosures of this communication shall be subject to state, Federal, and international laws concerning confidential and privileged communication.

---

**From:** Mahoney, Christopher [mailto:CMahoney@duanemorris.com]
**Sent:** Tuesday, July 10, 2007 10:55 AM
**To:** crosby@crosbyattorney.com
**Cc:** Albert Atallah
**Subject:** FW: International Thunderbird Gaming Corporation

8/17/2007