UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION<br><br>　　　　　　　　　　　Petitioner,<br><br>vs.<br><br>THE UNITED MEXICAN STATES,<br><br>　　　　　　　　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-00748 (HHK/AK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PROPOSED ORDER**

Upon consideration of Respondent United Mexican States' Motion to Compel Discovery and for Sanctions against Petitioner and International Thunderbird Gaming Corporation's Opposition thereto, and the entire record, it is hereby

ORDERED, that Respondent's Motion be and hereby is denied, and it is further

ORDERED, that Stephan E. Becker, counsel for Respondent, shall reimburse Petitioner the costs incurred in responding to Respondent's Motion to Compel Discovery and for Sanctions, including its attorney's fees.

ENTERED this _____ day of _____, 2007.

_____
Honorable Alan Kay
United States Magistrate Judge

COPIES TO:

Stephan E. Becker
stephan.becker@pillsburylaw.com

Anne Elizabeth Langford
anne.langford@pillsburylaw.com

Christopher W. Mahoney
cmahoney@duanemorris

DM1\1173987.1