# EXHIBIT 1

## Langford, Anne E.

| | |
|---|---|
| **From:** | Becker, Stephan E. |
| **Sent:** | Tuesday, September 18, 2007 11:38 AM |
| **To:** | Mahoney, Christopher |
| **Cc:** | James D. Crosby; Langford, Anne E. |
| **Subject:** | Thunderbird v. Mexico |

Dear Chris:

Thunderbird's opposition to our motion to compel production, which was filed on August 17, states on page 6 that "Thunderbird recognizes the importance of responding to Mexico's discovery requests, and commits to doing so within 30 days." The 30th day fell on September 16, and therefore yesterday was the due date.

We have not received the responses or otherwise heard from you regarding them. Please confirm my understanding that the responses are not being provided.

Thank you.

Sincerely,

Steve

**Stephan E. Becker | Partner**
**Pillsbury Winthrop Shaw Pittman LLP**

Tel: 202.663.8277 | Fax: 202.513.8054
2300 N Street, NW | Washington, DC 20037-1122

Email: stephan.becker@pillsburylaw.com
Bio: www.pillsburylaw.com/stephan.becker
www.pillsburylaw.com

1