# EXHIBIT 2

## Langford, Anne E.

| | |
|---|---|
| **From:** | Mahoney, Christopher [CMahoney@duanemorris.com] |
| **Sent:** | Friday, September 21, 2007 2:13 PM |
| **To:** | Becker, Stephan E. |
| **Cc:** | James D. Crosby; Langford, Anne E. |
| **Subject:** | RE: Thunderbird v. Mexico |

Steve:

I have been advised by my client, International Thunderbird Gaming Corporation, that it has reconsidered its earlier position and, notwithstanding the statement previously made on page 6 of its opposition to your motion to compel (which you reference in your email), the client now does not intend to provide responses to Mexico's discovery requests. After reconsidering its earlier position, it is now the client's position that under NAFTA Article 1136, a disputing party such as Mexico may not seek enforcement of a final award until a court has dismissed an application to set aside or annul the award and there is no further appeal. The client's position is that by entering into NAFTA, Mexico expressly consented to the procedures contained in NAFTA and, thus, agreed that it may not seek enforcement of the arbitration award until a court has dismissed an application to set aside the award and there is no further appeal. The client's position now is that Mexico's discovery requests, which were purportedly propounded "in aid of execution" of the District Court's judgment, are inappropriate because Thunderbird has appealed that judgment and, consequently, the award is not yet binding on Thunderbird and it is premature for Mexico to begin proceedings aimed at enforcing the award. Indeed, Thunderbird is investigating what remedies may be available under NAFTA for such treaty violations. Be advised that Thunderbird has directed that its outside counsel represent that this reconsidered position is taken at the direction of Thunderbird and not at the behest of its outside counsel.


**Christopher W. Mahoney**
Partner

**Duane Morris LLP**
1667 K Street, N.W., Suite 700
Washington, DC 20006-1608
P: 202.776.7867 F: 202.776.7801 C: 202.386.2068
CMahoney@duanemorris.com
www.duanemorris.com

---

**From:** Becker, Stephan E. [mailto:stephan.becker@pillsburylaw.com]
**Sent:** Tuesday, September 18, 2007 11:38 AM
**To:** Mahoney, Christopher
**Cc:** James D. Crosby; Langford, Anne E.
**Subject:** Thunderbird v. Mexico

Dear Chris:

Thunderbird's opposition to our motion to compel production, which was filed on August 17, states on page 6 that "Thunderbird recognizes the importance of responding to Mexico's discovery requests, and commits

9/21/2007

to doing so within 30 days." The 30th day fell on September 16, and therefore yesterday was the due date.

We have not received the responses or otherwise heard from you regarding them. Please confirm my understanding that the responses are not being provided.

Thank you.

Sincerely,

Steve


**Stephan E. Becker | Partner**
**Pillsbury Winthrop Shaw Pittman LLP**

Tel: 202.663.8277 | Fax: 202.513.8054
2300 N Street, NW | Washington, DC 20037-1122

Email: stephan.becker@pillsburylaw.com
Bio: www.pillsburylaw.com/stephan.becker
**www.pillsburylaw.com**

================================================================

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770 x4860 immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.

================================================================

9/21/2007