IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION,<br><br>　　　　　　　　　　Petitioner,<br>vs.<br><br>THE UNITED MEXICAN STATES,<br>Represented by the Secretaria de Economía<br>Alfonso Reyes No. 30<br>Col. Condesa<br>06179 Mexico D.F.<br>Mexico<br><br>　　　　　　　　　　Respondent. | Case No.: 1:06-cv-000748 (HHK)(AK) |

## [PROPOSED] ORDER

Upon review and consideration of the Motion for Leave to File Supplemental Reply in Support of United Mexican States' Motion to Compel Discovery and for Sanctions Against Petitioner International Thunderbird Gaming Corporation, any Opposition thereto, and the entire record in this case, it is, this _____ day of _____, 2007

ORDERED that the United Mexican States' Motion for Leave to File Supplemental Reply is hereby GRANTED.


Date: _____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Alan Kay
　　　　　　　　　　　　　　　　　　Magistrate Judge,
　　　　　　　　　　　　　　　　　　U.S. District Court for the District of Columbia

Copies to:

Stephan E. Becker
Anne E. Langford
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037

Christopher W. Mahoney
DUANE MORRIS LLP
1667 K Street, N.W. Suite 700
Washington, DC 20006

James D. Crosby
Attorney at Law
13400 Sabre Springs Parkway, Suite 200
San Diego, CA 92128