UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between<br><br>INTERNATIONAL THUNDERBIRD GAMING CORPORATION<br><br>Petitioner,<br><br>vs.<br><br>THE UNITED MEXICAN STATES,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-00748 (HHK/AK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER**

Upon consideration of Respondent United Mexican States' Motion For Leave To File Supplemental Reply in Support of United Mexican States' Motion to Compel Discovery and for Sanctions against Petitioner International Thunderbird Gaming Corporation, International Thunderbird Gaming Corporation's Opposition thereto, and the entire record, it is hereby

ORDERED, that Respondent's Motion be and hereby is denied.

ENTERED this _____ day of _____, 2007.

_____
Honorable Alan Kay
United States Magistrate Judge

COPIES TO:

Stephan E. Becker
stephan.becker@pillsburylaw.com

Anne Elizabeth Langford
anne.langford@pillsburylaw.com

Christopher W. Mahoney
cmahoney@duanemorris