UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

In the Matter of the Arbitration under the North American Free Trade Agreement (NAFTA) between

INTERNATIONAL THUNDERBIRD GAMING CORPORATION

                  Petitioner,

vs.

THE UNITED MEXICAN STATES,

                  Respondent.

Civil Action No. 06-00748 (HHK/AK)

## ERRATA OF INTERNATIONAL THUNDERBIRD GAMING CORPORATION

Attached is Exhibit A which was inadvertently omitted from International Thunderbird Gaming Corporation's Opposition to Motion For Leave To File Supplemental Reply In Support Of United Mexican States' Motion To Compel Discovery And For Sanctions Against Petitioner International Thunderbird filed on October 2, 2007.

Date: October 3, 2007

Respectfully submitted,

/s/ Christopher W. Mahoney
Christopher W. Mahoney (D.C. Bar No. 394416)
Duane Morris LLP
1667 K Street, NW  Suite 700
Washington, DC 20006
Telephone:  (202) 776-7867
Facsimile:   (202) 776-7801

/s/ James D. Crosby
James D. Crosby
13400 Sabre Springs Parkway, Suite 200
San Diego, California 92128
Telephone: (858) 486-0085
Facsimile:  (858) 486-2838

Attorneys for Petitioner
International Thunderbird Gaming Corporation