# EXHIBIT A

## Mahoney, Christopher

**From:** Mahoney, Christopher
**Sent:** Wednesday, September 19, 2007 3:32 PM
**To:** 'crosby@crosbyattorney.com'
**Subject:** Mexico

Jim:
Steve Becker just called to confirm that Thunderbird will not respond to Mexico's discovery requests and to seek our consent to his motion to supplement the record before the District Court to reflect this. I told him that I was waiting to hear back from you re his email of yesterday and that I would get back to him on that and on his request for consent. Please give me a call. Thanks.

**Christopher W. Mahoney**
Partner

**Duane Morris LLP**
1667 K Street, N.W., Suite 700
Washington, DC 20006-1608
P: 202.776.7867 F: 202.776.7801 C: 202.386.2068
CMahoney@duanemorris.com
www.duanemorris.com